**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Luzette Benoit
                      Plaintiff,

v.                                       Case No.: 1:22–cv–01211
                                                    Honorable Sara L. Ellis

Central Nursing Home, LLC
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, June 10, 2022:

      MINUTE entry before the Honorable Sara L. Ellis: Joint stipulation of dismissal with prejudice [16] is granted. This case is dismissed with prejudice and with each party to bear its and her own attorneys' fees and costs. All other pending motions and/or dates are terminated as moot. Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.